# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| STOP HILLARY PAC and DAN BACKER, | ) )  | |
|  | ) | |
| *Plaintiffs,* | ) | No.  1:15-CV-1208 (GBL-IDD) |
|  | ) | |
| v. | ) | |
|  | ) | |
| FEDERAL ELECTION COMMISSION, | ) | |
|  | ) | |
| *Defendant.* | ) | |
|  | ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Stop Hillary

PAC and Dan Backer and Defendant Federal Election Commission that the above-captioned

action, as set forth in plaintiffs' complaint (Docket No. 1), is voluntarily dismissed without

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


Respectfully submitted,

\_\_\_\_/s/_____
Michael T. Morley, Esq. (VA Bar # 65762)
Coolidge-Reagan Foundation
1629 K Street, Suite 300
Washington, DC 20006
Phone:  (202) 603-5397
Fax:    (202) 331-3759
Michael@coolidgeregan.org
*Counsel for Plaintiff Dan Backer*

\_\_\_\_/s/_____
Dan Backer, Esq.  (VA Bar # 78256)
Christina Sirois (VA Bar # 84454)
DB Capitol Strategies PLLC
203 South Union Street, Suite 300
Alexandria, VA 22314
Phone:  (202) 210-5431

Dated:  March 25, 2015

Daniel A. Petalas*
Acting General Counsel

Lisa J. Stevenson*
Deputy General Counsel – Law

Kevin Deeley*
Acting Associate General Counsel

Erin Chlopak*
Acting Assistant General Counsel

Steve Hajjar*
Jacob S. Siler
Attorneys

**IT IS SO ORDERED.**

_____/s/_____
Gerald Bruce Lee
United States District Judge